### G. S. Ellithorpe, Appellant, v. Glenn E. Holmes, Appellee.

### Gen. No. 40,511. (Abstract of Decision.)

Heard in second division, first district, this court at December term, 1938; opinion filed May 28, 1940; rehearing denied June 12, 1940. Laurence M. Fine, for appellant; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Herbert M. Lautmann and

Henry L. Kohn, of counsel. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''